IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMRTRIA DeLARGE,

    Plaintiff,

v.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. C 10-01000 JSW

**ORDER REGARDING HAYWARD UNIFIED SCHOOL DISTRICT'S MOTION TO EXTEND TIME**

    Defendant Hayward Unified School District filed a motion to extend the time to answer or respond to the complaint and noticed it to be heard on July 30, 2010.  However, motions to enlarge or shorten time are administrative motions pursuant to Northern District Civil Local Rule 6-3 and do not require a hearing.  Therefore, the hearing set for July 30, 2010 is VACATED.  Pursuant to Northern District Civil Local Rule 6-3(c), Plaintiff's opposition, if any, is due to be filed by May 4, 2010.

    **IT IS SO ORDERED.**

Dated: April 30, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE