IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMRTRIA DeLARGE,<br><br>    Plaintiff,<br><br>v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-01000 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on July 30, 2010 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 10, 2010 and a reply brief shall be filed by no later than June 17, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 27, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE