IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMRTRIA DeLARGE, | |
| Plaintiff, | No. C 10-01000 JSW |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, et al., | **ORDER TO SHOW CAUSE** |
| Defendants. | |

On May 20, 2010, Defendants filed a motion to dismiss and noticed it for a hearing on July 30, 2010. On May 27, 2010, this Court issued an Order setting a briefing schedule. Pursuant to that Order, Plaintiff's opposition was due by no later than June 10, 2010. Plaintiff has not filed her opposition brief in accordance with the Court's deadline.

Accordingly, Plaintiff is HEREBY ORDERED to show cause as to why this case should not be dismissed for failure to prosecute, or why the motion should not be granted as unopposed. Plaintiff's response to this Order to Show Cause shall be due on June 21, 2010. If Plaintiff seeks to file an opposition to Defendants' motion, she must submit a request to the Court by that date demonstrating good cause to permit the filing of an untimely brief, along with a proposed opposition brief. The hearing set for July 30, 2010 remains on calendar pending further order of the Court.

///

///

///

1  If Plaintiff fails to submit a response to this Order to Show Cause by June 21, 2010, the
2  Court shall dismiss this case without prejudice for failure to prosecute without further notice to
3  Plaintiff.
4  **IT IS SO ORDERED.**

6  Dated: June 14, 2010

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2