UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMRTRIA DELARGE,                                    Case No. 3:10-cv-01000 JSW

            Plaintiff(s),                              STIPULATION AND
                                                     [PROPOSED] ORDER
    v.                                               SELECTING ADR PROCESS

HAYWARD UNIFIED SCHOOL
DISTRICT, et al.

           Defendant(s).

_____/

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      Court Processes:
      __     Non-binding Arbitration (ADR L.R. 4)
      __     Early Neutral Evaluation (ENE) (ADR L.R. 5)
      XX    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in
an ADR phone conference and may not file this form. They must instead file a Notice of Need
for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      Private Process:
      ___    Private ADR (please identify process and provider)

_____

_____

The parties agree to hold the ADR session by:
      ___    the presumptive deadline (The deadline is 90 days from the date of the order
           referring the case to an ADR process unless otherwise ordered.)
      XX    other requested deadline – 120 days from the date of the order

Dated: June 10, 2010

                             _____
                             FRANK DEBENEDETTO
                             Counsel for Plaintiff

Dated: June 10, 2010

                             /s/ Raymond Bangle III
                             RAYMOND BANGLE III
                             Counsel for Defendants

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

____   ~~Non-binding Arbitration~~
____   ~~Early Neutral Evaluation (ENE)~~
____   Mediation
____   ~~Private ADR~~

Deadline for ADR session

____   ~~90 days from the date of this order.~~
____   other – 120 days from date of this order

IT IS SO ORDERED.

Dated: __June 14, 2010_____

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE