IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIA DeLARGE,<br><br>    Plaintiff,<br><br>  v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | No. C 10-01000 JSW<br><br>**ORDER OF DISMISSAL** |

On May 20, 2010, Defendants filed a motion to dismiss and noticed it for a hearing on July 30, 2010. On May 27, 2010, this Court issued an Order setting a briefing schedule. Pursuant to that Order, Plaintiff's opposition was due by no later than June 10, 2010. Plaintiff did not file her opposition brief in accordance with the Court's deadline.

Thus, the Court issued an Order to Show Cause why the motion should not be granted as unopposed or why this matter should not be dismissed for failure to prosecute. In the Court's Order to Show Cause, the Court advised Plaintiff that failure to respond to the Order to Show Cause might result in the Court's ruling on the motions as unopposed or dismissing the action for failure to prosecute without further notice to Plaintiff.

Plaintiff's response to the Order to Show Cause was due by no later than June 21, 2010. Plaintiff has not responded to the Order to Show Cause, has not filed an opposition to the Defendants' motion, and has not sought an extension of time to respond.

Accordingly, the Court shall dismiss this matter without prejudice for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2