IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMRTRIA DeLARGE,

    Plaintiff,

v.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. C 10-01000 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL**

This matter is set for a hearing on September 3, 2010 on Plaintiff's motion to set aside the Court's dismissal. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 9, 2010 and a reply brief shall be filed by no later than August 16, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 26, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California