IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIA DeLARGE, | |
| Plaintiff, | No. C 10-01000 JSW |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, et al., | **ORDER VACATING HEARING** |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been scheduled for hearing on Friday, October 15, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: October 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMRTRIA DELARGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT et al,<br><br>　　　　Defendant. | Case Number: CV10-01000 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank J. DeBenedetto
Law Offices of Frank J. DeBenedetto
14895 East 14th Street
Suite 485
San Leandro, CA 94578

Dated: October 13, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk