Case3:10-cv-01000-JSW   Document39   Filed10/28/10   Page1 of 32
10/26/2010 16:53 IFAX fax@ms11.com → FAX                        ☑008/020
Oct 26 10 04:45p    Donald Drewry                510-346-6668           p.8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMRTRIA DELARGE, | Case No. 3:10-cv-01000 JSW |
| Plaintiff(s), | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, et al. | |
| Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
 __  Non-binding Arbitration (ADR L.R. 4)
 __  Early Neutral Evaluation (ENE) (ADR L.R. 5)
 XX  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

Private Process:
 __  Private ADR (please identify process and provider)

_____

The parties agree to hold the ADR session by:
 __  the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)
 XX  other requested deadline – 120 days from the date of the order

Dated: October 26, 2010

FRANK DEBENEDETTO
Counsel for Plaintiff

Dated: October 18, 2010

/s/ RAYMOND BANGLE III
RAYMOND BANGLE III
Counsel for Defendants

10/26/2010 16:53 IFAX fax@ms11.com → FAX 🖂 009/020
Oct 26 10 04:46p    Donald Drewry                                510-346-6668                         p.9

Case3:10-cv-01000-JSW   Document39   Filed10/28/10   Page22 of 32

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

___ ~~Non-binding Arbitration~~
___ ~~Early Neutral Evaluation (ENE)~~
___ Mediation
___ ~~Private ADR~~

Deadline for ADR session

___ ~~90 days from the date of this order.~~
___ ~~other~~ – 120 days from date of this order

IT IS SO ORDERED.

Dated: October 29, 2010        _____
                                            UNITED STATES MAGISTRATE JUDGE

                                            [signed] Jeffrey S. White